

68-29 Main Street, Flushing,

New York 11367

Tel.: +1 (917) 437-3737

Email: mcohen@ealg.law

**VIA ECF**
Hon. John P. Cronan
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007

June 18, 2025

RE: **Isakov v. Mud Australia, Incorporated. DOCKET NO. 1:25-cv-2488**

Dear Judge Cronan:

The undersigned represents Simon Isakov, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement. Thank you for your time and consideration on this matter.

Respectfully,

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Michael H. Cohen**

By:  Michael H. Cohen, Esq.
68-29 Main Street
Flushing, NY 11367
Tel: +1 (917) 437-3737
Email: mcohen@ealg.law

